RECEIVED

*1844 New Jersey Constitution **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.
SECTION XII.** The military shall be in strict subordination to the civilpower.*

JUL 27 2022

AT 8:30                              M

WILLIAM T. WALSH
CLERK

Notice of Special Restricted Appearance: Taylor-Marshall, Nadir Mutazz
Beneficial Owner 1ˢᵗ Lien Holder of TAYLOR-MARSHALL, NADIR MUTAZZ Estate ©™℗℠
NADIR MUTAZZ TAYLOR-MARSHALL©™

**Claim, v.** means To demand as one's own; to assert a personal right to any property or any right; to demand the possession or enjoyment of something rightfully one's own and wrongfully withheld.

**Claim of Conusance:** means in practice, an intervention by a third person in a suit, claiming that he has a rightful jurisdiction of the cause whichthe plaintiff has commenced out of the claimant's court.

**Capite.** – means Lat. By the Head.

Blacks Law Dictionary 1ˢᵗ Edition:
**CAPITIS DIMINUTIO.** means In Roman law. A diminishing or abridgment of personality; This was a loss or curtailment of a man's *status* or aggregate of legal attributes and qualifications, following upon certain changes in his civil condition. It was of three kinds, enumerated as follows:

**CAPITIS DIMINUTIO MAXIMA. (meaning a maximum loss of status through the use of capitalization, e.g. JOHN DOE or DOE JOHN)** - means The highest or most comprehensive loss of *status*. This occurred when a man's condition was changed from one of freedom to one of bondage, **when he became a slave.** It swept away with it all rights of citizenship and all family rights.

**CAPITIS DIMINUTIO MEDIA. (meaning a medium loss of status through the use of capitalization, e.g. John DOE)** - means A lesser or medium loss of status. This occurred where a man lost his rights of citizenship, but without losing his liberty. It carried away also the family rights.

**CAPITIS DIMINUTIO MINIMA. (meaning a minimum loss of status through the use of capitalization, e.g. John Doe/ john doe)** means The lowest or least comprehensive degree of loss of *status*. This occurred where a man's family relations alone were changed. It happened upon the arrogation of a person who had been his own master, (sui *juris,)* or upon the emancipation of one who had been under the *patria potestas.* It left the rights of liberty and citizenship unaltered.

**DIMINUTIO.** means In the civil law. Diminution; a taking away; loss or deprivation. *Diminutio capitis,* loss of *status* or condition. See Capitis Diminutio.

**Note: As Black's law Dictionary 1ˢᵗ Edition explains, the full capitalization of the letters of one's given name, and, family name, results in a diminishing or complete loss of legal citizenship status, wherein one actually becomes a slave, or, an item of inventory;**

**Case Sensitive.** means that two words that appear or sound identical, but are using different letter cases, are not equal. Anything that is case sensitive discriminates between upper and lowercase letters.

**Color of Process.** means for the appearance of validity and sufficiency surrounding a legal proceeding that is later found to be invalid.

**Corporation Sole**: means a corporation consisting of one person only, and his successors in some particular station, who are Incorporated by law in order to give them some legal capacities and advantages, particularly that of perpetuity, which in their natural persons they could not have had. A corporation sole consists of a single person, who is made a body corporate and politic, in order to give him some legal capacities and advantages, and especially that of perpetuity; as a bishop, dean, etc.; Blacks Law Dictionary 1ˢᵗ Edition

**Injury.** means Any wrong or damage done to another, either in his person, rights, reputation, or his property. Anderson Law Dictionary

**Legal Person.** n. law, means a **legal person** is any person or 'thing' (less ambiguously, any **legal entity**) that can do the things a human person is usually able to do in law – such as enter into contracts, sue and be sued, own property, and so on. The reason for the term "*legal* person" is that some legal persons are not people: companies and corporations are "persons" legally speaking (they can legally do most of the things an ordinary person can do), but they are clearly not people in the ordinary sense.

**Judicial.** means whatever emanates from a judge as much, or proceeds from a court of justice. Pertaining to the administration of justice by a judge or court; also, authorized by law.

**Juridical Person.** means a **juridical person** is a non-human legal entity, in other words any organization that is not a single natural person but is authorized by law with duties and rights and is recognized as a legal person and as having a distinct identity. This includes any incorporated organizations including corporations, government agencies, and NGOs. Also known as **artificial person, juridical entity, juridic person, juristic person,** or **legal person** The rights and responsibilities of a juridical person are distinct from those of the natural persons constituting it.

**Person.** means a man considered according to the rank he holds in society, with all the rights to which the place he holds entitles him, and the duties which it imposes.



*1844 New Jersey Constitution **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.***
***SECTION XII.** The military shall be in strict subordination to the civilpower.*
Notice of Special Restricted Appearance: Taylor-Marshall, Nadir Mutazz
Beneficial Owner 1ˢᵗ Lien Holder of TAYLOR-MARSHALL, NADIR MUTAZZ Estate d/b/a
NADIR MUTAZZ TAYLOR-MARSHALL©℗™

A human being considered as capable of having rights and of being charged with duties; while a "thing" is the object over which rights may be exercised.

Persons are divided by law into natural and artificial. *natural* persons are such as God of nature formed us; *artificial* are such as are created and devised by human laws, for the purposes of society and government, which are called "corporations" or "body politic"

**Tort.** means Wrong; injury; the opposite of right. In modern practice, *tort* is constantly used as an English word to denote a wrong or wrongful act, for which an action will lie, as distinguished from a *contract*.

**Tort-Feasor.** means a wrong-doer; one who commits or is guilty of a tort.

**Wrong.** means an injury; a tort; a violation of right of law.

**Wrong-doer.** means One who commits an injury; a *tort-feaser*.

**Wrongfully Intending.** means in the language of pleading, this phrase is appropriate to be used in alleging the malicious motive of the defendant in committing the injury which forms the cause of action.

## ORGANIC LAWS OF THE UNITED STATES OF AMERICA

i, wish court to take judicial notice: **Organic Laws of the United States of America: Declaration of Independence, Articles of Confederation 1777, The Northwest Ordinance of 1787, The Constitution of the United States of America - 1787, Bill of Rights -1787, as the Supreme Law of the Land, see Exhibit A**, and,

i, wish court to take further judicial notice: **Constitution of New Jersey 1844, said Constitution of New Jersey 1844, the following constitution and form of government for the state is not inconsistent therewith; see Exhibit B**, and,

i, wish court to take further judicial notice: **The District of Columbia Organic Act 1871/Charter Act of District of Columbia, CHAP. LXII. – *An act to provide a Government for the District of Columbia.*,** which describes its venue as "all that part of the territory of the United States included within the limits of the District of Columbia…";
The District of Colombia was originally provided for in the Constitution for the United States of America (9-17-1787) at Article 1 Section 8, specifically in the last two clauses, **see Exhibit A**, and,

i, wish court to take further judicial notice: **Pursuant to The District of Columbia Organic Act 1871 CHAP. LXII. – *An act to provide a Government for the District of Columbia.*;** The United States/U.S., *only*, has jurisdiction within those 10 square miles over its servants, employees, officers and agents, and, or any body politic/body corporate created, organized and existing under its laws; **see Exhibit C**, and,

i, wish court to take further judicial notice: **Pursuant to THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 ARTICLE IV Section 4.** The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be.convened) against domestic Violence. **see Exhibit A**, and,

i, wish court to take further judicial notice: **Pursuant to THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 ARTICLE IV Section 1.** Full Faith and Credit shall be given in each State to the public Acts, Records, and- judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

i, wish court to take further judicial notice: Said Organic Laws of the United States of America and 1844 New Jersey Constitution, are trust indentures, that officers of this court have taken and subscribed an oath or affirmation to support and defend;

## INTRODUCTION

Comes now, the man, *Taylor-Marshall, Nadir Mutazz*, prosecutor herein, above named, comes and upon his personal knowledge, and states to this honorable court:

1.    This claim, is filed for damages by prosecutor: *Taylor-Marshall, Nadir Mutazz*, a man; aggrieved and

*1844 New Jersey Constitution **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.***
***SECTION XII.** The military shall be in strict subordination to the civilpower.*
Notice of Special Restricted Appearance: Taylor-Marshall, Nadir Mutazz
Beneficial Owner 1ˢᵗ Lien Holder of TAYLOR-MARSHALL, NADIR MUTAZZ Estate d/b/a
NADIR MUTAZZ TAYLOR-MARSHALL©℗™

harmed, when his unalienable rights, secured and protected by THE CONSTITUTION OF THE UNITED

STATES OF AMERICA -1787, and the 1844 New Jersey Constitution, were violated (**see Exhibit A,**

**Exhibit B**) by the actions of individuals, employed by the City of New Brunswick, New Jersey, the

County of Middlesex and the New Brunswick Police Department, herein Wrongdoers; **not to be**

**construed, this suit is not under a civil rights acts violation of any kind, this claim is for the violation**

**of my unalienable rights given to i, a man, by my creator: God.**

In a claim of trespass, for the said wrongdoer(s), certain police officers, employed by the City of New

Brunswick, New Jersey, with force and arms, accosted, arrested and imprisoned said prosecutor; violating

the unalienable rights to the damage of said prosecutor; and therefore i, *Taylor-Marshall, Nadir Mutazz*, a

man, by [my] will, move this case through this Federal Court, by [my] way of right secured and protected

to a man, by The Constitution of the United States of America -1787, Bill of Rights, Articles I, Article VII,

Article IX and Article X, under the common law of the land;

2.     Said prosecutor, *Taylor-Marshall, Nadir Mutazz*, a man, seeks an award for damages, against the

wrongdoers, and the "*void ab initio*" for any action/judgment against prosecutor, and reimbursement for

all costs/resources exhausted/incurred in the prosecution of this action; said prosecutor also seeks punitive

damages against the wrongdoers as applicable by law;

## JURISDICTION AND VENUE

3.     This action arises under federal law and the THE CONSTITUTION OF THE UNITED STATES OF

AMERICA - 1787 ARTICLE III Section 2. / BILL OF RIGHTS ARTICLE IV / BILL OF RIGHTS

ARTICLE V / BILL OF RIGHTS ARTICLE VI / BILL OF RIGHTS ARTICLE VII / BILL OF RIGHTS

ARTICLE IX;

4.     The jurisdiction of this Court is invoked pursuant to THE CONSTITUTION OF THE UNITED STATES

OF AMERICA - 1787 ARTICLE III Section 2. Venue is proper in this district because it is where the events

claimed of occurred;

5.     The wrongdoer(s) CITY OF NEW BRUNSWICK; a body corporate, organized and existing under the laws

of the STATE OF NEW JERSEY, a body politic, EIN: 216000928; organized and existing under the laws of

the U.S. / UNITED STATES;

## PARTIES

6.     Taylor-Marshall, Nadir Mutazz; a man, New Jerseyan, prosecutor;

7.     For the City of New Brunswick, New Jersey, a city duly incorporated in the County of Middlesex, organized

and existing under and by virtue of the laws of the STATE OF NEW JERSEY, wrongdoer; (**see Exhibit D**:

The Charter of The City of New Brunswick of December 30, 1730, COUNTY OF MIDDLESEX, STATE

OF NEW JERSEY EIN: 216000928);

8.     For the police officer(s), (**see exhibit E**) wrongdoer(s), was at all times relevant to this claim, a certified law

enforcement officer in the STATE OF NEW JERSEY; For at the time of this incident, he was a duly

appointed police officer, and acting as a police officer employed by City of New Brunswick, acting under

the color of law, to wit, under the color of statutes, ordinances, regulations, policies, customs and usages of

the STATE OF NEW JERSEY, and/or the City of New Brunswick Police Department;

## STATEMENT OF FACTS

SEE AFFIXED NOTARIZED (VERIFIED)

AFFIDAVIT OF FACTS

CLAIM: TRESPASS: [TORT]                                    4 of 10

*1844 New Jersey Constitution* **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.**
**SECTION XII.** *The military shall be in strict subordination to the civilpower.*
Notice of Special Restricted Appearance: Taylor-Marshall, Nadir Mutazz
Beneficial Owner 1ˢᵗ Lien Holder of TAYLOR-MARSHALL, NADIR MUTAZZ Estate d/b/a
NADIR MUTAZZ TAYLOR-MARSHALL©℗™

**(see Exhibit F)**

For on or about the 27ᵗʰ, day of October, 2002, i, and a group of [my] friends were heading to College Ave. to get food after a party we had attended early, when we arrived at the fast food restaurant to pick up some food, we started getting weird looks from the guys in front of the fast food restaurant, i, wanted to get my food and leave as soon as possible, however, matters started to escalate, when the other men started calling i, and my friends the N-word; An altercation between my friend and the one man shouting the N-word started, when the man proceeded with throwing a kick at my friend and a full-out fight broke out.

i, was trying to break up the fight, eventually, the store owner called the police and what seemed like within five (5) minutes, the City of New Brunswick police arrived; i, told my friends to chill, so we could explain what had happened here, and i, would speak to the police on the matter, however, i, noticed my friends didn't want to stick around, they started to leave;

i, then began walking in the direction my friends went, and then one of the police yelled and said "you can't go that way." i, then mentioned that my friend's house was in that direction and that i, needed to get my car and go home; This certain police officer, whose name and badge number i, do not know, then began approaching me and forcefully say "don't go that way," i, then told him i, just wish to get my car and go home; This same certain police officer, began to use profane language as he approached me;

i, said to this certain police officer, "you don't need to speak to me that way," as i, was walking in the direction he told me to go; This certain police officer, was now following me, i, then asked "why was he following me?" and he told me to "shut the fuck up and keep walking." i, asked him "what his problem was?" as i, was walking away, then, with a blink of an eye, this certain police officer, aggressively grabs me from behind, the other police officers come running over, all i, felt was a kick to the groin, being hit with a night stick weapon and punched to the face;

For i, was pepper sprayed and slammed face first to the ground by this certain police officer, for i, briefly passed out and was then thrown in the back of the police vehicle;
As i, gained consciousness i, began screaming saying you assholes, i, didn't do anything wrong, i, then mentioned that my father was a police officer, and that they just assaulted a police officer's son;

i, was taken to the City of New Brunswick Police department, after i, was at the police station, i, was hand-cuffed at the desk waiting for processing;
i, again, mentioned my father being a police officer to several of the police officers at the station and that i, didn't do anything wrong;

Some time went by, and the City of New Brunswick Police department began processing me, shortly after my father called the station and spoke with the sergeant on duty, after the call, all i, remember hearing after i, was placed in the cell, was that "they fucked up, he really is the son of an officer."
i, was then approached by the sergeant and he stated i, would be released in the morning, hours later i, believe it was around 8:30 – 9:00 am, i, was given a breakfast sandwich by one of the officers, shortly after they came in, not to release me, but to bring me to the escort vehicle, which transported me to the county jail;
Once, i, arrived at the county jail, i, was trying to get information on what was going on;
Finally, one of the officers, mentioned that i, had 15 counts, with a 50,000 bail;
i, was speechless, after hours in the holding cell, i, was then given a jumpsuit to change into and was sent to the nursing office to receive shots;
i, was then sent back to the holding cell while waiting for a cell to open up, hours later by evening time, my mother arrived and posted bail for me;

9.  **i wish court take judicial notice:** Pursuant to **1844** *New Jersey Constitution* **Article I. Rights and Privileges. 1**. All men are by nature free and independent, and have certain natural unalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, and protecting property, and of pursuing and obtaining safety and happiness.

10. **And take further judicial notice:** Pursuant to **1844** *New Jersey Constitution* **Article I. Rights and Privileges. 3**. No person shall be deprived of the inestimable privilege of worshipping Almighty God on a manner agreeable to the dictates of his own conscience; nor under any pretence whatever be compelled to attend any place of worship contrary to his faith and judgment; nor shall any person be obliged to pay tithes, taxes, or other rates for building or repairing any church or churches, place or places of worship, or has deliberately and voluntarily engaged to perform.

11. **And take further judicial notice:** Pursuant to **1844** *New Jersey Constitution* **Article I. Rights and Privileges. 6**. The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated; and no warrant shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the papers and things to be seized.

12. **And take further judicial notice:** Pursuant to **1844** *New Jersey Constitution* **Article I. Rights and Privileges. 7**. The right of trial by jury shall remain inviolate; but the Legislature may authorize the trial of civil suits, when the matter in dispute does not exceed fifty dollars, by a jury of six men.

1844 New Jersey Constitution **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.**
**SECTION XII.** The military shall be in strict subordination to the civilpower.
Notice of Special Restricted Appearance: Taylor-Marshall, Nadir Mutazz
Beneficial Owner 1st Lien Holder of TAYLOR-MARSHALL, NADIR MUTAZZ Estate d/b/a
NADIR MUTAZZ TAYLOR-MARSHALL©℗™

13. **And take further judicial notice**: Pursuant to 1844 *New Jersey Constitution* **Article I. Rights and Privileges. 19**. This enumeration of rights and privileges shall not be construed to impair or deny others retained by the people.

14. **And take further judicial notice**: Pursuant to 1844 *New Jersey Constitution* **ARTICLE IV. Legislative. Section VII. 3**. The Legislature shall not pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or depriving a party of any remedy for enforcing a contract which existed when the contract was made.

15. **And take further judicial notice**: Pursuant to 1844 *New Jersey Constitution* **ARTICLE VI. JUDICIARY SECTION I. 1**. The judicial power shall be vested in a court of errors and appeals in the last resort in all cases as heretofore; a court for the trial of impeachments; a court of chancery; a prerogative court; a supreme court; circuit courts, and such inferior courts as now exist, and as may be hereafter ordained and established by law; which inferior courts the legislature may alter or abolish, as the public good shall require.

16. **And take further judicial notice**: Pursuant to 1844 *New Jersey Constitution* **ARTICLE VI. JUDICIARY SECTION V. 2**. The circuit courts shall be held in every county of this State, by one or more of the justices of the supreme court, or a judge appointed for that purpose, and shall, in all cases within the county except in those of criminal nature, have common law jurisdiction, concurrent with the supreme court; and any final judgment of a circuit court may be docketed in the supreme court, and shall operate as a judgment obtained in the supreme court from the time of such docketing.

## CLAIM OF TRESPASS [TORT] AGAINST WRONGDOER CITY OF NEW BRUNSWICK POLICE DEPARTMENT

17. Whereas, wrongdoer(s), a certain police officer for the City of New Brunswick, New Jersey, on multiple counts has violated *Taylor-Marshall, Nadir Mutazz*; a man, said prosecutor, unalienable rights secured and protected by the THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787, and 1844 New Jersey Constitution;

18. Whereas, wrongdoer(s), The City of New Brunswick, New Jersey, is responsible for the conduct of its police officers who are acting in the course and scope of their employment;

19. Whereas, on, or about the 27th, October, 2002, *Taylor-Marshall, Nadir Mutazz*, a man, said prosecutor, was accosted, arrested and imprisonment by wrongdoer(s), a certain City of New Brunswick police officer, who was acting in the course and scope of his duties as a police officer;

20. Whereas, such seizure and imprisonment physically deprived said *Taylor-Marshall, Nadir Mutazz*; a man, said prosecutor, of his freedom and liberty;

21. Whereas, for the restraint, arrest and physical force, against and of *Taylor-Marshall, Nadir Mutazz*; a man, said prosecutor was unlawful and without justification, in that it was not based upon lawful process issued by court;

22. Whereas, for being accosted, the arrest, imprisonment and subsequent police report, which allegations of 4 x (A) Aggravated Assault: 2c:12-1B(5)(A), 4 x (B) Resist Arrest: 21:29-2A(3)(A); 2C:33-2A(2) Improper Behavior; **(see Exhibit E)**, as a result of the actions of certain police officer, for which City of New Brunswick, New Jersey, is responsible for, and in consequence thereof, said prosecutor *Taylor-Marshall, Nadir Mutazz*; a man, has been aggrieved, harmed and injured in his person and property, to the damage of the said prosecutor;

Wherefore, *Taylor-Marshall, Nadir Mutazz*, a man, said prosecutor demands judgment against wrongdoers for said sum of *Ten Million United States* dollars ($10,000,000.00) as the penalty under the laws aforesaid, and for his costs in this action; and grant such further relief, in law and equity, as the court deems just and proper;

**DEMAND FOR TRIAL BY JURY**

*1844 New Jersey Constitution* **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.**
**SECTION XII.** *The military shall be in strict subordination to the civilpower.*
Notice of Special Restricted Appearance: Taylor-Marshall, Nadir Mutazz
Beneficial Owner 1st Lien Holder of TAYLOR-MARSHALL, NADIR MUTAZZ Estate d/b/a
NADIR MUTAZZ TAYLOR-MARSHALL©℠

    *Marshall, Nadir Taylor,* a man, said prosecutor hereby demands a trial by jury, for said matters at issue, in said court;

    i say here and will verify in open court that all herein be true;

Executed on the ___Fifteenth___ of July, two thousand twenty two

                            (seal)

By: _____

*Taylor-Marshall,* Nadir Mutazz, without the United States,
Not in Individual-Capacity, held-in-trust,
All Rights Reserved

Taylor-Marshall, Nadir Mutazz,
Registered Owner of:
TAYLOR-MARSHALL, NADIR MUTAZZ
corp sole.
Dba NADIR MUTAZZ TAYLOR-MARSHALL
care of:
Terrace, 8350, NW 52nd.
Suite 301,
at Miami, nation Florida,
near. [33166-9998]
The United States of America


TO:
Attorney General: Gurbir Grewal dba
State of New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex,
25 Market Street,
Trenton, New Jersey 08625-0080
Phone: (609) 292-4925
Fax: (609) 292-3508

CC:
Court Clerk:
William T. Walsh
District Court of the united States of America
for New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey, 08608
Phone: (609) 989-2065

CC:
City of New Brunswick City Attorney
T.K. Shamy
Law Department
City Hall,
78 Bayard Street,
New Brunswick, New Jersey, 08901,
Phone: (732) 745-5025
Fax: (732) 745-5135

*1844 New Jersey Constitution* **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.**
**SECTION XII.** *The military shall be in strict subordination to the civilpower.*
Notice of Special Restricted Appearance: Taylor-Marshall, Nadir Mutazz
Beneficial Owner 1st Lien Holder of TAYLOR-MARSHALL, NADIR MUTAZZ Estate d/b/a
NADIR MUTAZZ TAYLOR-MARSHALL©℗™

## CERTIFICATE OF SERVICE

i, Taylor-Marshall, Nadir Mutazz; a man, for TAYLOR-MARSHALL, NADIR MUTAZZ, corp. sole dba NADIR

MUTAZZ TAYLOR-MARSHALL is to certify that i, have this day served City of New Brunswick, New Jersey,

with this **NOTICE: CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW** by

CERTIFIED MAIL:

#_____Delivery thereon to ensure delivery to:

TO:
City of New Brunswick City Attorney
T.K. Shamy
Law Department
City Hall,
78 Bayard Street,
New Brunswick, New Jersey, 08901,
Phone: (732) 745-5025
Fax: (732) 745-5135

CC:
Attorney General: Gurbir Grewal dba
State of New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex,
25 Market Street,
Trenton, New Jersey 08625-0080
Phone: (609) 292-4925
Fax: (609) 292-3508

CC:
Court Clerk:
William T. Walsh
District Court of the united States of America
for New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey, 08608
Phone: (609) 989-2065

*1844 New Jersey Constitution **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.
SECTION XII.** The military shall be in strict subordination to the civilpower.*
Notice of Special Restricted Appearance: Taylor-Marshall, Nadir Mutazz
Beneficial Owner 1st Lien Holder of TAYLOR-MARSHALL, NADIR MUTAZZ Estate d/b/a
NADIR MUTAZZ TAYLOR-MARSHALL©℠™

## CERTIFICATE OF SERVICE

i, Taylor-Marshall, Nadir Mutazz; a man, for TAYLOR-MARSHALL, NADIR MUTAZZ, corp. sole dba NADIR
MUTAZZ TAYLOR-MARSHALL is to certify that i, have this day served Attorney General: Gurbir Grewal dba
State of New Jersey Office of the Attorney General with this **NOTICE: CLAIM: TRESPASS [Tort]; and
TRIAL BY JURY DEMAND COMMON LAW** by CERTIFIED MAIL: #_____Delivery thereon to
ensure delivery to:

TO:
Attorney General: Gurbir Grewal dba
State of New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex,
25 Market Street,
Trenton, New Jersey 08625-0080
Phone: (609) 292-4925
Fax: (609) 292-3508

CC:
Court Clerk:
William T. Walsh
District Court of the united States of America
for New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey, 08608
Phone: (609) 989-2065

CC:
City of New Brunswick City Attorney
T.K. Shamy
Law Department
City Hall,
78 Bayard Street,
New Brunswick, New Jersey, 08901,
Phone: (732) 745-5025
Fax: (732) 745-5135

*1844 New Jersey Constitution **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.
SECTION XII.** The military shall be in strict subordination to the civilpower.*
Notice of Special Restricted Appearance: Taylor-Marshall, Nadir Mutazz
Beneficial Owner 1ˢᵗ Lien Holder of TAYLOR-MARSHALL, NADIR MUTAZZ Estate d/b/a
NADIR MUTAZZ TAYLOR-MARSHALL©℗™

## CERTIFICATE OF SERVICE

i, Taylor-Marshall, Nadir Mutazz; a man, for TAYLOR-MARSHALL, NADIR MUTAZZ, corp. sole dba NADIR
MUTAZZ TAYLOR-MARSHALL is to certify that i, have this day served William T. Walsh District Court of
the united States of America for New Jersey with this **NOTICE: CLAIM: TRESPASS [TORT]; AND
TRIAL BY JURY DEMAND COMMON LAW** BY CERTIFIED MAIL: #___ delivery thereon toensure delivery
to:

TO:
Court Clerk: William T. Walsh
District Court of the united States of America
for New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey, 08608
Phone: (609) 989-2065

CC:
Attorney General: Gurbir Grewal dba
State of New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex,
25 Market Street,
Trenton, New Jersey 08625-0080
Phone: (609) 292-4925
Fax: (609) 292-3508

CC:
City of New Brunswick City Attorney
T.K. Shamy
Law Department
City Hall,
78 Bayard Street,
New Brunswick, New Jersey, 08901,
Phone: (732) 745-5025
Fax: (732) 745-5135